IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE L. HINES,
DALE L. GRIFFIN, JR.,
TERRELL THOMPSON,

      Plaintiffs,

v.                                    CASE NO. 4:15cv591-RH/CAS

RICK SCOTT et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 7, and the objections, ECF No. 8. I have reviewed *de novo* the issues raised by the objections.

As noted in the report and recommendation, the plaintiff has at least three "strikes" under 28 U.S.C. § 1915(g). The plaintiff has not alleged facts showing that he is in imminent danger of serious physical injury. The plaintiff therefore cannot proceed *in forma pauperis*.

Case No. 4:15cv591-RH/CAS

This order thus does not reach the merits.  It bears noting, though, that the plaintiff's principal theory is wrong.  He says that Florida abolished parole long ago and that this makes it unconstitutional for the state to continue to have a parole commission and to hold prisoners pending any release on parole.  But parole was abolished only going forward.  For crimes committed earlier, the prior sentencing structure remains in place.  Florida still has a parole commission—now with a different name—to administer parole for defendants whose crimes were committed prior to the change, and who are parole eligible.

In any event, the plaintiff has three strikes and cannot proceed in forma pauperis.  Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's further opinion.  The clerk must enter judgment stating, "The complaint is dismissed without prejudice."  The clerk must close the file.

SO ORDERED on March 9, 2016.

          s/Robert L. Hinkle
          United States District Judge